FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSRUANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY RICHARDSON, individually and as Guardian of D.R., a minor; ANDY LOUIE and CHERYL LOUIE, a married couple, each individually and their marital community comprised thereof,<br><br>Defendants. | No. 2:24-CV-00308-MKD<br><br>ORDER DISMISSING MINOR DEFEDANT D.R.<br><br>ECF No. 34 |

Before the Court is the parties' Amended Stipulation of Partial Dismissal of D.R. ECF No. 34. The parties stipulate to the dismissal of Minor D.R. from this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. *See also Van Leeuwen v. Bank of Am., N.A.*, 304 F.R.D. 691, 697

ORDER - 1

(D. Utah 2015) ( "Rule 41(a) 'allow[s] the dismissal of *all* claims against *one* defendant, so that a defendant may be dismissed from the entire action[.]'" (quoting *Hells Canyon Pres. Council v. United States Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005))).  The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation of Partial Dismissal of D.R., **ECF No. 34**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims against Minor D.R. are **DISMISSED with prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to the parties.

DATED December 12, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2